No. _____

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS, 78711

RE.: 08-09-00109-CR
CAUSE # 2007-CR-10969-W1

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 10 2015
Abel Acosta, Clerk

DEAR CLERK,

ENCLOSED PLEASE FIND MY PRO SE APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW. PLEASE FILE THIS MOTION AND BRING IT TO THE ATTENTION OF THE COURT.

PLEASE NOTIFY ME OF THE COURT'S RULING ON MY MOTION AT MY ADDRESS SHOWN BELOW.

THANK YOU FOR YOUR ASSISTANCE IN THIS MATTER.

FILED IN
COURT OF CRIMINAL APPEALS
SEP 17 2015
Abel Acosta, Clerk

SINCERELY,

PRO SE APPELLANT / PETITIONER
ALEX S. CRANK II
T.D.C.J. # 01559591
3872 F.M. 350 SOUTH - POLUNSKY
LIVINGSTON, TEXAS
77351

SEPTEMBER 7, ANNO DOMINI 2015

DATED

No. _____

| | |
|---|---|
| ALEX CRANK, II, APPELLANT | IN THE COURT OF |
| V. | CRIMINAL APPEALS |
| THE STATE OF TEXAS | OF TEXAS |

---

PRO SE APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, ALEX CRANK, II, APPELLANT/PETITIONER, IN THE ABOVE STYLED AND NUMBERED CAUSE AND FILES THIS PRO SE APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW. PETITIONER RESPECTFULLY MOVES THIS HONORABLE COURT TO EXTEND THE TIME FOR FILING THE REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW IN THIS CAUSE AND IN SUPPORT THEREOF WOULD SHOW TO THE COURT THE FOLLOWING:

1. THE STYLE AND NUMBER OF THIS CASE IN THE COURT OF CRIMINAL APPEALS OF TEXAS IS: EX PARTE, ALEX CRANK, II, APPLICANT V. THE STATE OF TEXAS ON AN APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2007-CR-10969-W1 IN THE 227th DISTRICT COURT FROM BEXAR COUNTY, NO. WR-82,671-01.

2. THE STYLE AND NUMBER OF THIS CASE IN THE EL PASO COURT OF APPEALS IS: ALEX CRANK, II V. THE STATE OF TEXAS, APPEAL NO. 08-09-00109-CR.

3. THE STYLE AND NUMBER OF THE CASE IN THE TRIAL COURT IS: THE STATE OF TEXAS V. ALEX CRANK, II, DISTRICT COURT OF BEXAR COUNTY, TEXAS.

4. THE CONVICTION WAS AFFIRMED BY THE EIGHTH COURT OF APPEALS ON THE 29th DAY OF APRIL, ANNO DOMINI 2011.

2.

No. _____

5. THE DEADLINE FOR FILING THE REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW IN THIS CAUSE IS THE 25th DAY OF SEPTEMBER, ANNO DOMINI 2015.

6. AN EXTENSION OF TIME FOR A PERIOD OF SIXTY (60) DAYS IS REQUESTED THAT WOULD MAKE THE DUE DATE THE 24th DAY OF NOVEMBER, 2015.

7. NO PRIOR REQUEST FOR AN EXTENSION OF TIME FOR REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW HAS BEEN MADE.

8. APPELLANT'S MOTION FOR LEAVE; AND HIS ORIGINAL MOTION FOR ADDITIONAL TIME TO FILE P.D.R. WERE DENIED ON THE 19th; AND 23RD DAY OF MARCH, 2012. (PD-0347-12).

9. APPELLANT'S MOTION FOR LEAVE; AND HIS ORIGINAL MOTION FOR REHEARING WERE FILED ON THE 12th DAY OF APRIL, 2012, AND "DENIED" ON THE 24th DAY OF APRIL, 2012.

10. APPELLANT'S MOTION FOR LEAVE; AND HIS ORIGINAL P.D.R. WERE FILED ON THE 15th AND 12th DAY OF APRIL, 2012, RESPECTIVELY (PD-0347-12). THE COURT OF CRIMINAL APPEALS RULED "NO ACTION TAKEN" ON THE 24th DAY OF APRIL, 2012.

11. APPELLANT FILED HIS STATE HABEAS CORPUS IN THE TRIAL COURT ON THE 20th DAY OF DECEMBER, 2012. (2007-CR-10969-W1).

12. APPELLANT RECEIVED OPINION FROM THE COURT OF CRIMINAL APPEALS (NO. WR-82,671-01) ON THE 11th DAY OF FEBRUARY, 2015, PERMITTING HIM TO FILE AN OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW WITHIN THIRTY (30) DAYS. [OPINION DATED 2-4-15] [DUE 3-6-15].

13. APPELLANT REQUESTED AND WAS PERMITTED AN EXTENSION OF TIME WHICH MOVED THE DUE DATE TO 6-1-15.

14. APPELLANT RECEIVED HONORABLE COURT'S ORDER THE 2ND DAY OF SEPTEMBER, 2015: "PETITION STRUCK FOR EXCEEDING PAGE LIMIT. REDRAW WITHIN THIRTY (30) DAYS. [ORDER DATED AUG. 26, 2015]. [DUE SEPT. 25, 2015].

3.

15. THE FACTS RELIED UPON TO SHOW GOOD CAUSE FOR THE REQUESTED EXTENSION ARE, AS FOLLOWS:

(a) THE APPELLANT WAS REPRESENTED BY COURT-APPOINTED COUNSEL DURING THE APPEAL OF THIS CASE TO THE COURT OF APPEALS: FIRST BY, DEBORAH D. LETZ, SECOND BY, ANGELA MOORE, THIRD BY, LORI O. RODRIGUEZ (MILLER), FOURTH BY, J. CHEVES LIGON, AND LASTLY, BACK TO DEBORAH D. LETZ.

(b) THIS CASE WAS ORIGINALLY ASSIGNED TO THE FOURTH COURT OF APPEALS UNDER CASE No. 04-09-00157-CR; AND TRANSFERRED TO THE EIGHTH COURT OF APPEALS ON THE 20th DAY OF APRIL, 2009, UNDER CASE No. 08-09-00109-CR.

(c) APPELLANT HAS TRIED NUMEROUS TIMES TO GAIN ACCESS TO THE TRIAL RECORD AND APPELLATE RECORD, ONLY TO BE IGNORED, REBUFFED AND DENIED. APPELLANT IS DENIED HIS APPELLANT'S BRIEF, HIS STATE'S BRIEF, AND HAS PROCEEDED THUS FAR WITH NO TRIAL COURT RECORD OF ANY KIND.

(d) APPELLANT IS A GOD-FEARING, HIGH-SCHOOL GRADUATE WHO LIVES WITH A PHYSICAL DISABILITY. THEREFORE, ADDITIONAL TIME IS NEEDED FOR THE APPELLANT/PETITIONER TO PREPARE AND FILE THE REDRAWN PETITION.

WHEREFORE, PREMISES CONSIDERED, THE APPELLANT/PETITIONER RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT EXTEND TIME FOR FILING THE REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW IN THIS CAUSE TO THE 24th DAY OF NOVEMBER, ANNO DOMINI 2015.

RESPECTFULLY SUBMITTED,

_Alex Crank II_

SEPTEMBER 7, 2015
DATED

APPELLANT/PETITIONER
ALEX CRANK, II
T.D.C.J. # 01559591
3872 F.M. 350 SOUTH - POLUNSKY UNIT
LIVINGSTON, TEXAS
77351

4.

No._____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING PRO SE APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW HAS BEEN POSTED VIA U.S. MAIL TO THE OFFICE OF THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405, CAPITOL STATION, AUSTIN, TEXAS, 78711 ON THIS THE 7th DAY OF SEPTEMBER, ANNO DOMINI 2015.

APPELLANT / PETITIONER
ALEX CRANK, II
T.D.C.J. # 01559591

No:_____

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS, 78711

RE.: _08-09-00109-CR_
CAUSE #2007-CR-10969-W1

DEAR CLERK,

ENCLOSED PLEASE FIND MY PRO SE PETITIONER'S MOTION TO REQUEST WAIVER OF ELEVEN (11) COPIES FOR PETITIONER'S REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW (WR-82,671-01). PLEASE FILE THIS MOTION AND BRING IT TO THE ATTENTION OF THE COURT.

PLEASE NOTIFY ME OF THE COURT'S RULING ON MY MOTION AT MY ADDRESS SHOWN BELOW.

THANK YOU FOR YOUR ASSISTANCE IN THIS MATTER,

SINCERELY,

_Alex Crank_
APPELLANT/PETITIONER, PRO-SE
ALEX CRANK, II
T.D.C.J. # 01559591
3872 F.M. 350 SOUTH - POLUNSKY UNIT
LIVINGSTON, TEXAS
77351

SEPTEMBER 7, ANNO DOMINE 2015
DATED

6.

No. _____

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

ALEX CRANK, II, APPELLANT/PETITIONER
V.
THE STATE OF TEXAS
FROM APPEAL No. 08-09-00109-CR
TRIAL COURT CAUSE No. 2007-CR-10969
BEXAR COUNTY, TEXAS

PRO SE PETITIONER'S MOTION TO REQUEST WAIVER OF ELEVEN (11) COPIES FOR PETITIONER'S REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW (WR-82,671-01)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, ALEX CRANK, II, APPELLANT/PETITIONER, IN THE ABOVE-STYLED AND NUMBERED CAUSE AND FILES THIS PRO SE PETITIONER'S MOTION TO REQUEST WAIVER OF ELEVEN (11) COPIES FOR PETITIONER'S REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW (WR-82,671-01). APPELLANT RESPECTFULLY MOVES THIS HONORABLE COURT TO PERMIT HIM TO FILE HIS ORIGINAL COPY ONLY REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW; WITH CORRECT SERVICE TO THE STATE PROSECUTING ATTORNEY IN THIS CAUSE AND IN SUPPORT THEREOF WOULD SHOW TO THE COURT THE FOLLOWING:

1. APPELLANT/PETITIONER IS INDIGENT AND HIS TOTAL FINANCIAL RESOURCES COME FROM HIS WIDOWED MOTHER.

2. DUE TO APPELLANT'S INCARCERATION IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ACCESS TO A PHOTO COPY MACHINE IS UNAVAILABLE.

3. APPELLANT IS THEREFORE PREVENTED FROM PROVIDING THE ELEVEN (11) COPIES REQUIRED BY TEXAS RULES OF APPELLATE PROCEDURE, RULE 9.3 (b).

7.

4. APPELLANT REQUESTS THAT THE COURT, IN THE INTEREST OF JUSTICE, WAIVE THE ELEVEN (11) COPY REQUIREMENT.

5. THE COURT POSSESSES THE AUTHORITY TO MAKE SUCH ORDERS PURSUANT TO TEX. R. APP. PROC., RULE 2.

WHEREFORE, PREMISES CONSIDERED, APPELLANT/PETITIONER REQUESTS THAT THIS HONORABLE COURT ACCEPT THE ORIGINAL COPY ONLY REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW, WITH CORRECT SERVICE TO THE STATE PROSECUTING ATTORNEY, INSTEAD OF THE NORMALLY-REQUIRED ELEVEN (11) COPIES.

RESPECTFULLY SUBMITTED,

APPELLANT/PETITIONER
ALEX CRANK, II
T.D.C.J. # 01559591
3872 F.M. 350 SOUTH - POLUNSKY UNIT
LIVINGSTON, TEXAS, 77351

---

CERTIFICATE OF SERVICE

---

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING PRO SE PETITIONER'S MOTION TO REQUEST WAIVER OF ELEVEN (11) COPIES FOR PETITIONER'S REDRAWN, OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW (WR-82,671-01) HAS BEEN POSTED VIA U.S. MAIL TO THE OFFICE OF THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405, CAPITOL STATION, AUSTIN, TEXAS, 78711, ON THIS THE 7th DAY OF SEPTEMBER, ANNO DOMINI 2015.

ALEX CRANK, II

8.

# UNSWORN DECLARATION BY INMATE

I, ALEX CRANK, II, T.D.C.J. # 01559591, BEING PRESENTLY INCARCERATED IN THE POLUNSKY UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN POLK COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

SIGNED ON THIS THE 7th DAY OF SEPTEMBER, ANNO DOMINI 2015.

*Alex Crank II*

ALEX CRANK, II
T.D.C.J. # 01559591
POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS
77351

9.